IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00927-WDM-BNB

RON HUBBARD,

Plaintiff,

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION, a/k/a USAA

Defendant.
_____

**ORDER**
_____

This matter is before me on the following motions:

(1)    Plaintiff's **Motion for Continuance of Scheduling Conference** (the "Motion for Continuance"), filed September 20, 2005;

(2)    Plaintiff's **Motion for Extension of Time to File Scheduling Order** (the "Motion for Extension"), filed September 19, 2005; and

(3)    **Defendant's Motion for Leave to File Unilateral Scheduling Order** (the "Defendant's Motion"), filed September 19, 2005.

The Motion for Continuance and the Motion for Extension are GRANTED; the Defendant's Motion is DENIED.

Plaintiff's counsel seeks an order resetting the scheduling conference because he is engaged in an extended class action trial in California. The defendant, who does not dispute the unavailability of plaintiff's counsel, resists resetting the scheduling conference based on an alleged misrepresentation contained in the Motion for Extension.

This scheduling conflict should have been resolved by the parties.

Good cause to reset the scheduling conference having been shown:

IT IS ORDERED that the Motion for Continuance and Motion for Extension are GRANTED. The scheduling conference set for September 26, 2005, is VACATED and RESET to **October 21, 2005, at 9:00 a.m.** The parties shall prepare a proposed scheduling order and submit it to the court on or before **October 14, 2005**.

IT IS FURTHER ORDERED that the Defendant's Motion is DENIED.

Dated September 20, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge