IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00927-WDM-BNB

RON HUBBARD,

Plaintiff,

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION, a/k/a USAA

Defendant.
_____

**ORDER**
_____

This matter is before me on the following motions:

(1)     **Defendant's Motion for Protective Order**, filed November 14, 2005;

(2)     **Plaintiff's Motion to Compel the Deposition of Yvette Segura** (the "Plaintiff's Motion to Compel"), filed November 21, 2005; and

(3)     **Plaintiff's Supplemental Motion to Compel the Deposition of Yvette Segura** (the "Plaintiff's Supplemental Motion to Compel"), filed November 22, 2005.

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Plaintiff's Motion to Compel and the Plaintiff's Supplemental Motion to Compel are DENIED AS MOOT, the parties having agreed to the deposition of Ms. Segura on January 6, 2006, in Tampa, Florida.

IT IS FURTHER ORDERED that in order to facilitate discovery, I will enter temporarily the Protective Order proposed by the defendant and attached as Exhibit A to the Defendant's

Motion for Protective Order (the "Protective Order").  The defendant shall produce, subject to and under the protections afforded by the Protective Order, all documents previously withheld pending a resolution of the Defendant's Motion for Protective Order.  That production shall occur on or before **December 30, 2005, at 12:00 noon.**

IT IS FURTHER ORDERED that the Defendant's Motion for Protective Order is TAKEN UNDER ADVISEMENT.

Dated December 28, 2005.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge