IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00927-WDM-BNB

RON HUBBARD,

Plaintiff,

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION, a/k/a USAA

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's Motion to Reschedule Hearing Date** [docket no. 85, filed August 11, 2006] (the "Motion").

     IT IS ORDERED that the Motion is DENIED for failure to <u>meaningfully</u> comply with D.C.COLO.LRCivR 7.1(A).

DATED:  August 16, 2006