IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00927-WDM-BNB

RON HUBBARD,

Plaintiff,

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION, a/k/a USAA

Defendant.
_____

# ORDER
_____

This matter is before me on **Defendant's Motion to Enforce Protective Order** [Doc. # 78, filed 8/8/2006] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED to require that all names and other identifying information be deleted from the documents included in Exhibit A-7 to the Motion prior to those documents being publicly disclosed. The Motion is DENIED in all other respects. In denying the remainder of the Motion, I find that the documents sought to be protected are not confidential and that the disclosure of the documents will not create a competitive disadvantage for the defendant. See Streckenbach v. Toyota Motor Corp., 2006 U.S. Dist. LEXIS 38748 at *3 (D. Colo. June 12, 2006).

Dated August 30, 2006.

                                    BY THE COURT:

                                    s/ Boyd N. Boland
                                    United States Magistrate Judge