IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00927-WDM-BNB

RON HUBBARD,

Plaintiff,

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION, a/k/a USAA

Defendant.

_____

**ORDER**

_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for reasons stated on the record. Consistent with discussions at the conference this morning:

IT IS ORDERED that a supplemental final pretrial conference is set for **November 6, 2006, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit a revised final pretrial order on or before **October 30, 2006**, modified consistent with our discussion today.

IT IS FURTHER ORDERED that a settlement conference is set for **December 1, 2006, at 2:00 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor with full authority to enter into a settlement also must be present at the conference in person.) Each

party shall submit a confidential settlement statement to my chambers only on or before

**November 24, 2006**, outlining the facts and issues in the case and containing a specific offer of

compromise, including a dollar amount the party will accept or pay in settlement and any other

essential terms of a settlement.

IT IS FURTHER ORDERED that copies of any exhibits to be offered at trial must be

provided to opposing counsel and any *pro se* party no later than **September 29, 2006**.  The

objections contemplated by Fed. R. Civ. P. 26(a)(3) shall be filed with the clerk and served by

hand delivery or facsimile no later than **October 10, 2006**.

Dated September 21, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge