IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00927-WDM-BNB

RON HUBBARD,

Plaintiff,

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION, a/k/a USAA

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Unopposed Motion for Leave to Allow Counsel to Appear by Telephone at Status Conference** [docket no. 107, filed November 20, 2006] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and attorney Raymond Deeny may appear by phone for the November 27, 2006, 8:30 a.m. Status Conference by calling Chambers at 303/844-6408, on the day and time of the hearing.

DATED: November 21, 2006