IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00927-WDM-BNB

RON HUBBARD,

Plaintiff,

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION, a/k/a USAA

Defendant.
_____

**ORDER**
_____

The parties appeared this morning for a status conference. Consistent with matters discussed this morning:

IT IS ORDERED that a supplemental final pretrial order modified consistent with the discussion this morning shall be submitted on or before **December 28, 2006**. A supplemental final pretrial conference is set for **January 4, 2007, at 9:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that the objections contemplated by Fed. R. Civ. P. 26(a)(3) shall be filed with the clerk of the court and served by hand delivery or facsimile no later than **December 28, 2006**.

Dated November 27, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge