IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   05-cv-00927-WDM-BNB

RON HUBBARD,

    Plaintiff(s),

v.

UNITED SERVICES AUTOMOBILE ASSOCIATION,

    Defendant(s).
_____

## ORDER RE: MOTION TO REVIEW COSTS
_____

    This matter is before me on the Plaintiff's Objections to Costs Taxed (doc. no. 139) and Motion to Review Costs Taxed Pursuant to Fed. R. Civ. P. 54(d) (doc. no. 140).  Plaintiff objects to inclusion of the deposition testimony of witnesses Segura and Hagood which Plaintiff views as superfluous or unnecessary given Plaintiff's own deposition testimony.  Plaintiff also objects to being charged for copies at the rate of $3.55 per page which includes an original and one copy.  Plaintiff asserts that he should be charged only ½ of the cost or $1.77.  Defendant responds with proof that the provider as a matter of standard practice includes a copy in its unitary $3.55 charge.  Defendant also argues that standard authority would entitle it to recover those expenses.

    Following review I will overrule Plaintiff's objections and deny his motion.  Depositions were indeed "used," entitling Defendant to recover those costs.  *James v. Coors Brewing Co.*, 73 F.Supp. 2nd 1250, 1262 (D. Colo. 1999).  It may be that

recovery of depositions costs is limited in certain cases but from my review of the file I agree that the depositions were indeed used in arguing and deciding this matter.

Turning to the cost per page, as a practical matter, the reporter always provides two copies, the sealed original for the court and the copy to the attorney.  There is nothing to suggest any different billing procedure by which this cost could be divided. Plaintiff has failed to meet his burden of persuasion or even going forward with some evidence to justify an appropriate apportionment of those costs.

Accordingly, Plaintiff's objection (doc. no. 139) is overruled and his Motion to Review Costs (doc. no. 140) is denied.

DATED at Denver, Colorado, on August 15, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge

PDF FINAL